**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

STARWOOD AIRPORT REALTY,

            Petitioner

        v.

SCHOOL DISTRICT OF PHILADELPHIA,

            Respondent

: No. 492 EAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.